**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6138**

———————————

KENNETH M. DUKES,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN, Secretary of State; LYNN
PHILLIPS, Director of Prisons; PHILE HOLES-
HOUSER, Hearing Officer; J. R. MULLINAX, Of-
fice Administrator; JACK WARD, Superintendent;
BOBBY INVESTIGATING OFFICER; JUANITA H. BAKER,
Parole Chairman; ELBERT T. BUCK, JR., WILLIAM
A. LOWRY; CHARLES L. MANN; PEGGY STAMEY;
RICKEY DALE BROCK,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Salisbury. N. Carlton Tilley, Jr.,
District Judge. (CA-94-573-4)

———————————

Submitted: September 20, 1996     Decided: October 3, 1996

———————————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenneth M. Dukes, Appellant Pro Se.  Jacob Leonard Safron, Special
Deputy Attorney General, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dukes v. Freeman</u>, No. CA-94-573-4 (M.D.N.C. Dec. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>